OCTOBER 30, 1986

No. 86–548.   REMUS ET AL. *v.* AMOCO OIL CO.   C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

NOVEMBER 3, 1986

No. 86–369.   BABBITT, GOVERNOR OF ARIZONA, ET AL. *v.* PLANNED PARENTHOOD OF CENTRAL AND NORTHERN ARIZONA ET AL.   Affirmed on appeal from C. A. 9th Cir.   THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE SCALIA would note probable jurisdiction and set the case for oral argument.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 85–7217.   GIBSON *v.* MICHIGAN DEPARTMENT OF SOCIAL SERVICES.   Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 86–261.   GARFIELD TRUST CO. *v.* DIRECTOR, DIVISION OF TAXATION OF NEW JERSEY.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 86–263.   MIYAMOTO *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF HAWAII.   Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question.

No. 86–308.   NUNEZ *v.* WAINOCO OIL & GAS CO. ET AL.   Appeal from Sup. Ct. La. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5501.   MCLEOD *v.* FLORIDA.   Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.